21 So.2d 705

**Fred BUTLER v. STATE.**

**2 Div. 212.**

Supreme Court of Alabama.

April 12, 1945.

Judson C. Locke, of Marion, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., opposed.

STAKELY, Justice.

Petition of Fred Butler for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Butler v. State, 21 So.2d 704.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.